**Magistrate Judge**

FILED LODGED
RECEIVED
JUL 24 2002
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR02- 5648 |
| Plaintiff, ) | |
| ) | |
| v. ) | INFORMATION |
| ) | |
| CHRISTINA A. GORDON, ) | |
| Defendant. ) | |

The United States of America charges that:

## COUNT

On or about 10 May 2002, at McChord Air Force Base, Washington, within the Western District of Washington and within the special maritime and territorial jurisdiction of the United States, CHRISTINA A. GORDON, did take and carry away with intent to steal and purloin, personal property of the Army and Air Force Exchange Services (AAFES), of a value not in excess of $1,000.00, to wit: 2 necklaces and a pair of earrings valued at $68.00.

All in violation of Title 18, United States Code, Sections 7, 13, and 641.

DATED this  23RD  day of  JULY , 2002.

JOHN McKAY
United States Attorney

JARED L. GRIMMER, Capt, USAF
Special Assistant U.S. Attorney
Western District of Washington

Information
Page 1

Office of the Staff Judge Advocate
Bldg 525 "A" Street
McChord AFB WA 98438-1324
(253) 982-5512
FAX (253) 982-5905